UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO:

WELLS FARGO BANK, N.A.,

    Plaintiff,

       v.

FRANK J. KENDRICK and
HAL J. HARDEL AND KYLE C. HARDEL, as Co-Trustees of the
Hal and Kyle Hardel Trust Dated November 16, 2022

    Defendants.

_____/

## COMPLAINT FOR INTERPLEADER

Plaintiff, Wells Fargo Bank, N.A. ("Wells Fargo"), by and through its undersigned attorneys and pursuant to Rule 22 of the Federal Rules of Civil Procedure and 28 U.S.C. §§ 1335 and 2361, sues Defendants, Frank J. Kendrick ("Kendrick") and Hal J. Hardel and Kyle C. Hardel, as Co- Trustees of the Hal and Kyle Hardel Trust Dated November 16, 2022 (the "Hardels") (Kendrick and the Hardels shall collectively be referred to herein as the "Claimant Defendants"). In support thereof, Wells Fargo states as follows:

186497704.1

## NATURE OF ACTION

1.      This interpleader action arises out of a dispute between the Claimant Defendants concerning a January 28, 2026 wire transfer in the amount of $48,500.00.

2.      Specifically, the subject wire was sent from a Wells Fargo account belonging/titled to the Hal and Kyle Hardel Trust Dated November 16, 2022 (the "Hardel Trust") to a Wells Fargo account belonging/titled to Kendrick.

3.      The Claimant Defendants, in connection with the January 28, 2026 wire, are alleging entitlement to and/or are refusing to release the wire proceeds presently being held and restrained in Kendrick's account at Wells Fargo.

4.      Wells Fargo, as a disinterested stakeholder, seeks to interplead the disputed, restrained funds into the Court Registry to allow the Claimant Defendants to litigate their respective claims to the restrained funds amongst themselves.

## PARTIES

5.      Wells Fargo is a national banking association with its main office, as set forth in its Articles of Association, in Sioux Falls, South Dakota. Accordingly, Wells Fargo is a citizen of South Dakota.

6.      Kendrick is a resident and citizen of Florida. Furthermore, the current address listed for Kendrick on his restrained Wells Fargo account is in Tampa, Florida.

2

186497704.1

7.     The Hardels are the sole Trustees of the Hardel Trust and the sole signers on the subject Hardel Trust account at Wells Fargo. The Hardels are both citizens of Minnesota.

## JURISDICTION AND VENUE

8.     Wells Fargo brings this interpleader action pursuant to 28 U.S.C. §§ 1335 and 2361, because there is diversity of citizenship between Kendrick and the Hardels, and the amount in controversy in this action exceeds $500.00, exclusive of interest and costs.

9.     Venue is appropriate in the Middle District of Florida pursuant to 28 U.S.C. §1391(b)(2) because a substantial portion of the facts giving rise to the causes of action set forth in this Complaint occurred in this District. More specifically, the funds at issue were wired to a Wells Fargo bank account with a customer/statement address in Tampa, Florida.

10.    Venue is also appropriate in the Middle District of Florida, and this Court has jurisdiction over the parties, pursuant to 28 U.S.C. § 1335 and 2361, which grants district courts authority to issue nationwide service of process in statutory interpleader actions, and because at least one of the Claimant Defendants is a citizen of and resides in the state of Florida.

3

## FACTS COMMON TO ALL CLAIMS

11.     At all times material hereto, Kendrick maintained a Wells Fargo Everyday Checking Account (Account No. XXXXXX8835; the "Kendrick Account").

12.     At all times material hereto, the Hardel Trust, through the Hardels as Trustees and account signers, maintained a Wells Fargo Platinum Savings Account (Account No. XXXXXX1829; the "Hardel Trust Account").

13.     On January 28, 2026, the Kendrick Account received a wire transfer from the Hardel Trust Account in the amount of $48,500.00 (the "Wire").

14.     Kendrick proceeded to use, withdraw and/or transfer a small portion of the Wire proceeds.

15.     Wells Fargo subsequently received a recall request for the Wire from the Hardels based on alleged fraud.

16.     Immediately following the Wire recall request, Wells Fargo restrained the Kendrick Account, which remains restrained.

17.     The current restrained balance in the Kendrick Account is **$48,000.26** (the "Restrained Proceeds")

18.     Despite repeated requests, Kendrick has refused to allow Wells Fargo to debit the Kendrick Account and return the Restrained Proceeds to the Hardels

4

and/or the Hardel Trust Account[1] subject to the terms of the applicable Wells Fargo Deposit Account Agreement.

19.    Accordingly, there is now a dispute as to which of the Claimant Defendants are entitled to the Restrained Proceeds.

20.    Wells Fargo now seeks to interplead the Restrained Proceeds into the Court Registry to allow the Claimant Defendants to make their respective legal claims to the Restrained Proceeds.

21.    The relationships between (a) Wells Fargo and Kendrick relative to the Kendrick Account; and (b) Wells Fargo and the Hardel Trust/Hardels relative to the Hardel Trust Account are currently governed by the Wells Fargo Deposit Account Agreement effective November 4, 2025, (the "Account Agreement"), a true and correct copy of which is attached hereto as **Exhibit A.**

22.    Wells Fargo has retained the undersigned attorneys to represent it in this action and has agreed to pay them a reasonable fee.

23.    Wells Fargo is entitled to recover its reasonable attorneys' fees and costs in this action pursuant to the Account Agreement and applicable law.

---

[1] Approximately two weeks after the subject Wire was sent, the Hardel Trust Account ending in 1829 was closed and the funds contained therein were transferred to a Wells Fargo account ending in 4075 (which is still open and active).

186497704.1

24.     All conditions precedent to recovery have been performed, waived or have occurred.

## COUNT I - INTERPLEADER

25.     Wells Fargo realleges paragraphs 1 through 24 above as if more fully set forth herein.

26.     At this time there exist rival, adverse and conflicting claims between the Claimant Defendants as to the Restrained Proceeds.

27.     Wells Fargo claims no interest in the Restrained Proceeds and has done nothing to create the dispute over entitlement to the Restrained Proceeds.

28.     By reason of the conflicting claims to the Restrained Proceeds, Wells Fargo is in doubt as to who is entitled to the Restrained Proceeds, is in danger of being exposed to double or multiple liability, and cannot safely remit the Restrained Proceeds without the aid of this Court.

29.     Wells Fargo is ready, willing, and able to deposit the Restrained Proceeds into the Court Registry, or to any other custodian or trustee the Court deems proper.

**WHEREFORE**, Plaintiff, Wells Fargo Bank, N.A., respectfully requests the following relief:

A.     That this Court take jurisdiction over the parties, and permit Wells Fargo to deposit the Restrained Proceeds with the Registry of the Court;

186497704.1

B.     That this Court issue an order requiring the parties to the above-styled cause to interplead as to their rights and settle or litigate amongst themselves their claims and rights to the Restrained Proceeds;

C.     That Wells Fargo be discharged from all liability to any of the parties to this action concerning Wells Fargo's obligations related to the Restrained Proceeds, the Wire, the Kendrick Account and the Hardel Trust Account;

D.     That the Claimant Defendants be enjoined and prohibited from instituting any actions against Wells Fargo and/or its agents, affiliates, employees, and servants, regarding the Restrained Proceeds, the Wire, the Kendrick Account and the Hardel Trust Account;

E.     That Wells Fargo, pursuant to the Account Agreement and applicable law, be awarded its costs and reasonable attorneys' fees, to be paid from the Restrained Proceeds, for bringing this action;

F.     That Wells Fargo be dismissed as a party to this action; and

G.     For such other and further relief as this Court deems just, equitable, and proper.

Dated: June 19, 2026
West Palm Beach, Florida

FOX ROTHSCHILD, LLP
777 South Flagler Drive
Suite 1700 West Tower
West Palm Beach, Florida 33401
Telephone: (561) 804-4418
Facsimile: (561) 835-9602

7

186497704.1

By: */s/ Seth B. Burack*
Seth B. Burack (Fla. Bar. No. 68360)
sburack@foxrothschild.com

*Attorneys for Plaintiff, Wells Fargo Bank, N.A.*

8

186497704.1